IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            Criminal No. 5:23-po-05047

JUSTIN HUFFMAN            DEFENDANT

## ORDER OF DISMISSAL

Before the Court for consideration is a Motion to Dismiss (ECF No. 3) filed by the United States and the Court, being well and sufficiently advised, finds that the Motion should be, and it hereby is, **GRANTED** and the petty offense filed in this matter against Defendant Justin Huffman be **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ODERED this 27th day of November 2023.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE